RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 6/14/13

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| PAUL LATHAN<br>    LA. DOC #502198<br>VS. | CIVIL ACTION NO. 3:12-cv-2267<br><br>SECTION P<br><br>JUDGE JAMES T. TRIMBLE, JR. |
| WARDEN JOHNNY SUMLIN | MAGISTRATE JUDGE KAREN L. HAYES |

CONSOLIDATED WITH

| | |
|---|---|
| PAUL G. LATHAN, JR.<br>    LA. DOC #502198<br>VS. | CIVIL ACTION NO. 3:12-cv-3160<br><br>SECTION P<br><br>JUDGE JAMES T. TRIMBLE, JR. |
| WARDEN JOHNNY SUMLIN | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge filed in the member case, Civil Action No. 12-3160, and after an independent review of the record, determining that the findings are correct under the applicable law, and with due consideration of the petitioner's objections [doc. # 7] to the Report and Recommendation filed in the member case, Civil Action No. 12-3160;

IT IS ORDERED that the petition for *habeas corpus* filed in Civil Action No. 12-2267 is hereby DISMISSED WITH PREJUDICE as time-barred by the provisions of 28 U.S.C. § 2244(d).

THUS DONE AND SIGNED, in chambers, Alexandria, Louisiana, on this 14th day of June, 2013.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE